UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HARDEN MANUFACTURING CORPORATION, individually and on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC. and PARKE-DAVIS, a division of Warner-Lambert Company, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 04-10981-PBS |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the Massachusetts office of the firm of Hagens Berman LLP has changed its address to the following:

Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003


HAGENS BERMAN LLP


By:      /s/ Thomas M. Sobol     _
Thomas M. Sobol, Esq.
Ed Notargiacomo, Esq.
Wanda Garcia, Esq.
HAGENS BERMAN LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003

Dated: June 16, 2004