

CAMBRIDGE   LOS ANGELES   PHOENIX [PLLC]   SEATTLE

hagens-berman.com
ONE MAIN STREET · CAMBRIDGE, MA 02142
(617) 482-3700 · FAX (617) 482-3003

THOMAS M. SOBOL
tom@hagens-berman.com

November 24, 2004

## *VIA FACSIMILE*

All Plaintiffs' and Defense Counsel

    Re:    <u>Neurontin Marketing and Sales Practices Litigation</u>
           MDL No. 1629

Dear Counsel:

    In accordance with the agreement reached among all counsel in consultation with United States District Judge Patti B. Saris's clerk Robert Alba on November 23, 2004, please be advised that all future pleadings in the above-referenced MDL should be docketed under the Lead Docket Number 1:04-cv-10981-PBS, *Haden Manufacturing Corp. v. Pfizer, Inc., et al.*

    In addition, all counsel are directed to use the Court's Electronic Filing System (CM/ECF) when submitting all future pleadings. These arrangements, as well as all other administrative provisions, will be incorporated into a Case Management Order for review and approval by all of the parties and the Court.

Very truly yours,

Thomas M. Sobol

TMS/hcm
cc: Robert Alba



## HAGENS BERMAN LLP
### Attorneys at Law

OFFICES IN SEATTLE PHOENIX LOS ANGELES
ONE MAIN STREET • CAMBRIDGE, MASSACHUSETTS 02142
TELEPHONE: (617) 482-3700 • FACSIMILE: (617) 482-3003

## FACSIMILE COVER SHEET

Date: November 24, 2004
Pages: 4 (including this cover)
File No.: 1676.11

**FROM:**   Thomas M. Sobol, Esquire

**RE:**   Neurontin Marketing and Sales Practices Litigation

| NAME | COMPANY | FACSIMILE NUMBER |
|---|---|---|
| Robert Alba Courtroom Clerk for Judge Patti B. Saris | United States District Court | 617-748-4582 |
| David Chaffin | Hare & Chaffin | 617-330-1996 |
| James P. Rouhandeh | Davis Polk & Wardwell | 212-450-3800 |
| Ronald J. Aranoff Keith Fleischman Frank Karam | Bernstein Liebhard & Lifshitz, LLP | 212-779-3218 |
| Don Barrett | Barrett Law Office, PA | 662-834-2628 |
| Daniel E. Becnel, Jr. | Law Offices of Daniel E. Becnel, Jr. | 985-536-6445 |
| Robert E. Becnel | Law Offices of Robert E. Becnel | 985-651-6104 |
| Joseph M. Bruno | Bruno & Bruno | 504-581-1493 |
| Dane S. Ciolino | Law Offices | 504-324-0143 |
| John W. Crongeyer | Vroon & Crongeyer, LLP | 404-607-6711 |
| Mark D. Fischer | Rawlings & Associates | 502-584-8580 |
| Elizabeth V. Heller | Goldenberg, Miller Heller & Antongnoli | 618-656-6230 |
| Barry R. Himmelstein | Lieff Cabraser | 415-956-1008 |

| Andrew S. Johnston | Minor & Johnston, PC | 901-465-4465 |
|---|---|---|
| Larry Keefe | Anchors, Foster, McInnis & Keefe | 850-862-1138 |
| Jeffrey L. Kodroff | Spector Roseman & Kodroff, PC | 215-496-6611 |
| Gano D. Lemoine, III | Murray Law Firm | 504-584-5249 |
| Arnold Levin | Levin Fishbein Sedran & Berman | 215-592-4663 |
| DeWitt M. Lovelace | Lovelace Law Firm, PA | 850-837-4093 |
| Steven A. Martino | Taylor Martino & Hedge, PC | 251-433-4207 |
| Ronnie G. Penton | Law Offices of Ronnie G. Penton | 985-735-5579 |
| Richard E. Shevitz | Cohn & Malad, LLP | 317-636-2593 |
| Joseph J. Tabacco, Jr. | Berman DeValerio | 415-433-6382 |
| Thomas P. Thrash | Thrash Law Firm | 501-374-2222 |
| Charles S. Zimmerman Robert R. Hopper | Zimmerman Reed, PLLP | 612-341-0844 |
| James R. Dugan, II | Dugan & Browne | 504-456-8624 |
| Christopher A. Seeger | Seeger & Weiss, LLP | 212-584-0799 |
| Richard W. Cohen | Lowey Dannenberg | 914-997-0035 |
| Garve Ivey | Ivey & Ragsdale | 205-252-8484 |
| John Lowe | Lowe Mobiley & Lowe | 205-486-4531 |
| Joel Eigerman | Law Offices | 617-523-5612 |
| Linda Nussbaum | Cohen Milstein | 212-838-7745 |
| John F. Innelli | Law Offices of John Innelli | 215-561-0012 |
| Max D. Stern | Stern Shapiro | 617-742-5858 |
| Andrew G. Finkelstein | Finkelstein & Partners, LLP | 845-562-3492 |

| Tom Greene, Esquire | Greene & Hoffman | 617-261-3558 |

**MESSAGE:**

Please see attached.

Urgent! Deliver Immediately.

Please call (617) 482-3700 if you do not receive all of these pages or if there is a problem.

The information contained in this facsimile is confidential and may also be attorney-privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by a collect telephone call to (617) 482-3700, and return the original message to us at the address above via the US Postal Service. Thank you.