UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HARDEN MANUFACTURING CORPORATION, individually and on behalf of itself and others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04–10981-PBS |
| PFIZER INC. and PARKE-DAVIS, a division of Warner-Lambert Company, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO
FILE PROPOSED PROTECTIVE ORDER**

The parties to the above matter and all related matters (MDL 1629), by the undersigned liaison counsel and counsel, respectfully move for an enlargement from December 15, 2004, to December 21, 2004, of the time within which they must submit a Proposed Protective Order. The grounds for this motion are:

1. At the November 23, 2004 initial conference, the Court instructed the parties to submit a Proposed Protective Order on or before December 15, 2004.

2. A draft of the Proposed Protective Order is in circulation, and there have been discussions concerning the draft.

3. Although progress toward an agreement on the proposed order has been made, it has been slow because so many parties are involved. Differences with respect to some provisions still exist.

4. The parties have not been able either to reach an agreement on the Proposed Protective Order or to exhaust their efforts toward an agreement.

5. If given the additional time requested, the parties may be able to reach an agreement, which would be of obvious benefit to the parties and the Court.

WHEREFORE, the parties respectfully request that the Court enlarge to December 21, 2004, the period within which they must submit a Proposed Protective Order.

Dated: December 15, 2004

*Proposed Plaintiffs' Liaison counsel*

By:   /s/ **Thomas M. Sobol**
      Thomas M. Sobol
      Hagens Berman LLP
      One Main Street, 4th Floor
      Cambridge, MA 02142

*Proposed Members of the*
*Class Plaintiffs' Steering Committee*

By:   /s/ **Don Barrett**
      Don Barrett, Esquire
      Barrett Law Office
      404 Court Square North
      P.O. Box 987
      Lexington, MS 39095

*Counsel for Defendants, Pfizer Inc., et al.*

By:   /s/ **David B. Chaffin**
      David B. Chaffin, Esquire
      Hare & Chaffin
      160 Federal Street, 23rd Floor
      Boston, MA 02110

By:   /s/ **James P. Rouhandeh**
      James P. Rouhandeh, Esquire
      Davis Polk & Wardwell
      450 Lexington Avenue
      New York, NY 10017

By:     /s/ Daniel Becnel
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:     /s/ James Dugan
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By:     /s/ Thomas Greene
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By:     /s/ Barry Himmelstein
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

*Proposed Members of the
Plaintiffs' Non-Class Steering Committee*

By:     /s/ Richard Cohen
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY  10601

By:    <u>/s/ **Linda P. Nussbaum**</u>
        Linda P. Nussbaum, Esquire
        Cohen Milstein Hausfeld & Toll
        150 East 52nd Street
        Thirteenth Floor
        New York, NY 10022