UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN MARKETING AND
SALES PRACTICES LITIGATION

CIVIL ACTION
NO.   04-0981-PBS

THIS DOCUMENT RELATES TO
ALL ACTIONS

## NOTICE OF RESCHEDULED CASE MANAGEMENT CONFERENCE

SARIS, U.S.D.J.                                                                                           January 26, 2005

The Case Management Conference previously scheduled for February 2, 2005, has been **rescheduled** to **February 11, 2005, at 4:00 p.m.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc