UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN MARKETING AND
SALES PRACTICES LITIGATION

CIVIL ACTION NO.
04-10981-PBS
MDL NO. 1629

THIS DOCUMENT RELATES TO
ALL ACTIONS

## NOTICE OF RESCHEDULED CONFERENCE

**SARIS, U.S.D.J.**                                                    February 11, 2005

The Case Management Conference previously scheduled for February 11, 2005, has been rescheduled to **February 24, 2005, at 11:00 a.m.**.

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel