UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981<br>Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. v PFIZER INC., 04 CV 10958 (PBS) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Thomas G. Shapiro of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, MA 02109, (617) 439-3939, as counsel for Guardian Life Insurance Company of America, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals.

Dated: February 18, 2005         Respectfully submitted,

/s/ Thomas G. Shapiro
Thomas G. Shapiro BBO # 454680
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 439-3939