UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629 <br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | Judge Patti B. Saris |

**MOTION FOR ENTRY OF PROPOSED**
**CASE MANAGEMENT ORDER #2**

Defendants, Pfizer Inc., Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company LLC, respectfully move, pursuant to the Court's instructions and Rule 16 of the Federal Rules of Civil Procedure, for the entry of the Proposed Case Management Order #2 that is attached hereto as Exhibit A.

The grounds for this motion are set forth in the accompanying Memorandum in Support of Motion for Entry of Proposed Case Management Order #2.

WHEREFORE, Defendants respectfully request that the Court enter the Proposed Case Management #2 that is attached hereto.

Dated: February 18, 2005                                   PFIZER INC., et al.,

                                                                             By their attorneys,

                                                  s/James P. Rouhandeh
                                                  James P. Rouhandeh
                                                  James E. Murray
                                                  DAVIS POLK & WARDWELL
                                                  450 Lexington Avenue
                                                  New York, New York 10017
                                                  (212) 450-4000

                                                  -and-

                                                  s/David B.Chaffin
                                                  David B. Chaffin
                                                  BBO No. 549245
                                                  HARE & CHAFFIN
                                                  160 Federal Street
                                                  Boston, Massachusetts 02110
                                                  (617) 330-5000

### Certificate Of Consultation

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

                                                  s/David B. Chaffin

# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND )<br>SALES PRACTICES LITIGATION          )<br>_____)<br>THIS DOCUMENT RELATES TO:           )<br>ALL ACTIONS                                      )<br>_____) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

**PROPOSED CASE MANAGEMENT ORDER # 2**

Pursuant to the Federal Rules of Civil Procedure, and by agreement of the parties, the Court finds that entry of this Order is necessary for the just and more expeditious and efficient resolution of the above-captioned case, MDL 1629, *In Re Neurontin Marketing and Sales Practices Litigation*.

I.  **SCHEDULE**

The case shall be conducted according to the schedule set forth herein[1]:

| Event | Date |
| --- | --- |
| Filing of Motions to Dismiss Complaints | March 17, 2005 |
| Filing of Oppositions to Motions to Dismiss | April 15, 2005 |
| Filing of Replies to Oppositions to Motions to Dismiss | May 2, 2005 |
| Filing of Sur-replies (if any) | May 16, 2005 |
| Service of Initial Disclosures | May 16, 2005 |
| Filing of Motion for Class Certification | August 1, 2005 |
| End of Class Discovery | October 17, 2005 |
| Filing of Opposition to Motion for Class Certification | November 1, 2005 |
| Filing of Reply | November 15, 2005 |
| Filing of Sur-reply (if any) | December 1, 2005 |
| Provision of Plaintiffs' Expert Reports | December 15, 2005 |
| Provision of Defendants' Expert Reports | February 1, 2006 |
| Provision of Expert Rebuttal Reports, if any | March 1, 2006 |
| End of Fact and Expert Discovery | May 1, 2006 |
| Filing of Motions for Summary Judgment | June 1, 2006 |
| Filing of Oppositions to Motions for Summary Judgment | June 30, 2006 |
| Filing of Replies to Oppositions to Motions for Summary Judgment | July 17, 2006 |

---

[1] The Court has already entered the dates for the briefing of the motion to dismiss. The dates are included herein for ease of reference.

II. **DISCOVERY AND DOCUMENTS**

    A. **Maintenance of Documents**

    All parties acknowledge their responsibilities to take reasonable steps to comply with the law regarding preservation of documents.

    B. **Legibility of Documents**

    Each producing party shall take reasonable steps to assure that the copies of the documents it produces are legible. To the extent a producing party cannot or does not produce a legible copy, it shall make the original document(s) available for inspection and copying.

    C. **Electronic Format**

    Any documents available in an electronic format shall be provided in a usable electronic format. If issues regarding compatibility of computer systems and software arise, the parties shall confer to resolve the matters.

    D. **Limits On Discovery Events**

    The Discovery Event Limitations set forth in Local Rule 26.1 shall not apply. The limitation on the duration of a deposition under Rule 30(d)(2) of the Federal Rules of Civil Procedure shall apply.

    E. **Depositions**

    A party may record a deposition by videotape pursuant to Fed. R. Civ. P. 30(b)(2) and (3). The party's intention to record the deposition by videotape must be indicated in the written notice of the deposition pursuant to Fed. R. Civ. P. 30(b)(2). The parties shall negotiate in advance in writing the ground rules for the videotaping.

### III.     **<u>FILINGS</u>**

All memoranda in support of or in opposition to the motion for class certification or a motion for summary judgment shall comply with the 20-page limit set forth in the Local Rules unless leave to file an oversized memorandum is obtained from the Court in advance of filing.

**SO ORDERED:**

_____
Hon. Patti B. Saris
United States District Judge

Dated: _____