UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

## NOTICE OF CHANGE OF LAW FIRM NAME

TO: The Clerk of This Honorable Court and All Parties of Record:

PLEASE TAKE NOTICE that the law firm of **Hagens Berman LLP** has changed its name to **Hagens Berman Sobol Shapiro LLP**. The office address, telephone, and facsimile numbers remain the same.

Dated: February 25, 2005

Respectfully Submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By  **/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO# 471770)
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile: (617) 482-3003