```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

```
                                  )
IN RE NEURONTIN MARKETING AND     )
SALE PRACTICES LITIGATION         )
                                  ) MDL DOCKET NO. 1629
                                  ) CIVIL ACTION NO. 04-10981
THIS DOCUMENT RELATES TO:         )
 ALL ACTIONS                      )
                                  )
```

**PROPOSED CASE MANAGEMENT ORDER NO. 2**

February 24, 2005

Saris, U.S.D.J.

The case shall be conducted according to the schedule set forth below:

| EVENT | DATE |
| --- | --- |
| **Fact discovery commences (depositions stayed)** | **March 1, 2005** |
| **Filing of Motions to Dismiss Complaints** | **March 17, 2005** |
| **Filing of Oppositions to Motions to Dismiss** | **April 15, 2005** |
| **Filing of Replies to Oppositions to Dismiss** | **May 2, 2005** |
| **Filing of Sur-replies (if any)** | **May 16, 2005** |

| EVENT | DATE |
|---|---|
| Service of Initial Disclosures. Depositions (class/liability) begin | May 17, 2005 |
| Hearing on Motion to Dismiss | June 1, 2005 |
| Filing of Motion for Class Certification | August 1, 2005 |
| End of Class Discovery | October 1, 2005 |
| Filing of Opposition to Motion for Class Certification | November 1, 2005 |
| Filing of Reply | December 1, 2005 |
| Filing of Sur-reply (if any) | December 15, 2005 |
| Hearing on Motion for Class Certification | January 5, 2006 |
| End of fact discovery | January 30, 2006 |
| Provision of Plaintiffs' Expert Reports | February 28, 2006 |
| Provision of Defendants' Expert Reports | March 30, 2006 |
| Provision of Expert Rebuttal Reports, if any | April 16, 2006 |
| End of Expert Discovery | June 1, 2006 |
| Filing of Motions for Summary Judgment | July 1, 2006 |
| Filing of Oppositions to Motions for Summary Judgment | August 1, 2006 |
| Filing of Replies to Oppositions to Motions for Summary Judgment | August 17, 2006 |

| **EVENT** | **DATE** |
|---|---|
| **Filing of Sur-Replies (if any)** | **September 8, 2006** |
| **Hearing on Summary Judgment Motions** | **October 5, 2006** |

**S/PATTI B. SARIS**
United States District Judge