UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND<br>SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>ALL ACTIONS | CIVIL ACTION NO.<br>04-10981-PBS<br>MDL NO. 1629 |

## NOTICE OF HEARING

**SARIS, U.S.D.J.**                                                                                         March 16, 2005

TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Appointment of Tennessee Lead Counsel, on **April 25, 2005, at 3:30 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, Massachusetts

By the Court,

_/s/ Robert C. Alba_
Deputy Clerk

Copies to:  All Counsel