UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
:
In re:  NEURONTIN MARKETING AND                 :   MDL Docket No. 1629
       SALES PRACTICES LITIGATION          :
                                           :   Master File No. 04-10981
------------------------------------------------ x
:   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                       :
:
:
------------------------------------------------ x
:
ASSURANT HEALTH, INC., et al. v. PFIZER INC., et al.,  :
Docket No. 05-10535-PBS                         :
:
------------------------------------------------ X

**DEFENDANTS' EMERGENCY MOTION FOR STAY OR, IN
THE ALTERNATIVE, FOR ENLARGEMENT OF TIME**

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") respectfully move, on an emergency basis, to stay all proceedings in the tag-along action entitled <u>Assurant Health, Inc., et al. v. Pfizer Inc.</u>, Docket No. 05-10535-PBS ("<u>Assurant</u>") or, in the alternative, for an enlargement <u>sine die</u> of the time within which Defendants must answer, move, or otherwise respond to the Complaint in <u>Assurant</u>. The grounds for this motion are set forth in the accompanying memorandum. Also submitted in support of this motion is a declaration of David B. Chaffin.

WHEREFORE, Defendants respectfully request that the Court stay all proceedings in <u>Assurant</u> or, in the alternative, enlarge <u>sine die</u> the time within which Defendants must answer, move, or otherwise respond to the Complaint in <u>Assurant</u>.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Defendants therefore request oral argument on this motion.

Dated: March 25, 2005

DAVIS POLK & WARDWELL

By:  /s/James P. Rouhandeh
     James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By:  /s/David B. Chaffin
     David B. Chaffin

BBO #549245
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc.
and Warner-Lambert Company*

## CERTIFICATE OF CONSULATION

I certify that counsel have conferred and attempted in good faith to resolve or narrow the issue presented by this motion.

/s/David B. Chaffin