## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) MDL DOCKET NO. 1629 ) ) Lead Docket No.: 1:04-cv-10981-PBS ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) |

### NOTICE OF APPEARANCE

Comes now Richard E. Shevitz of the law firm of Cohen & Malad, LLP, and hereby enters his appearance on behalf of Plaintiff, Gerald Smith, in the above-captioned litigation.

Dated: April 22, 2005

Respectfully submitted,

COHEN & MALAD, LLP

By: /s/ Richard E. Shevitz
Richard E. Shevitz

COHEN & MALAD, LLP
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
rshevitz@cohenandmalad.com

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 22, 2005, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Gordon Ball
BALL & SCOTT
filings@ballandscott.com

Don Barrett
BARRETT LAW OFFICE
dbarrett@barrettlawoffice.com

Steve W. Berman
HAGENS BERMAN, LLP
steve@hagens-berman.com

Thomas M. Greene
GREENE & HOFFMAN
tgreene@greenehoffman.com

Thomas M. Sobol
HAGENS BERMAN, LLP
heatherc@hagens-berman.com

Theodore M. Hess-Mahan
SHAPIRO HABER & URMY, LLP
ted@shulaw.com

Barry Himmelstein
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
bhimmelstein@lchb.com

Garve W. Ivey, Jr.
IVEY & RAGSDALE
garve@iveyragsdale.com

Linda P. Nussbaum
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
lnussbaum@cmht.com

Peter A. Pease
BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO
ppease@bermanesq.com

Thomas G. Shapiro
SHAPIRO HABER & URMY, LLP
tshapiro@shulaw.com

| | |
|---|---|
| David B. Chaffin<br>HARE & CHAFFIN<br>dchaffin@hare-chaffin.com | Deborah L. MacGregor<br>DAVIS, POLK & WARDWELL<br>debbie.macgregor@dpw.com |
| | James E. Murray<br>DAVIS, POLK & WARDWELL<br>james.murray@dpw.com |
| | James P. Rouhandeh<br>DAVIS, POLK & WARDWELL<br>james.murray@dpw.com |
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>ilevin@cohenandmalad.com | |

I hereby certify that on April 22, 2005, a copy of the foregoing Notice of Appearance was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

| | |
|---|---|
| Daniel E. Becnel, Jr.<br>LAW OFFICES OF DANIEL E. BECNEL, JR.<br>106 W. Seventh St.<br>P.O. Drawer H<br>Reserve, LA 70084 | Wanda Garcia<br>Edward Notargiacomo<br>HAGENS BERMAN LLP<br>One Main St., 4th Floor<br>Cambridge, MA 02142 |
| Richard Bemporad<br>Richard W. Cohen<br>LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.<br>The Gateway<br>One North Lexington Avenue<br>White Plains, NY 10168 | John W. Lowe<br>LOWE, MOBLEY & LOWE<br>1210 21st St.<br>P.O. Box 576<br>Haleyville, AL 35565 |
| James Dugan<br>DUGAN & BROWNE<br>650 Poydras St., Ste. 2150<br>New Orleans, LA 70130 | |

                                                                                                                                              /s/ Richard E. Shevitz
                                                                                                                                              Richard E. Shevitz

Richard E. Shevitz
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
rshevitz@cohenandmalad.com