UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------- x
:
In re:   NEURONTIN MARKETING AND          : MDL Docket No. 1629
         SALES PRACTICES LITIGATION       :
                                          : Master File No. 04-10981
------------------------------------------------------- x
                                          : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                 :
                                          :
                                          :
------------------------------------------------------- x
                                          :
LAURA ALLEN, et al. v. PFIZER INC., et al.,:
                                          :
Docket No. 05-10797-PBS                   :
                                          :
------------------------------------------------------- x

**JOINT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

Defendants, Pfizer Inc. and Parke-Davis, a division of Warner-Lambert Company (together, "Defendants"), and Plaintiffs hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a 30-day enlargement of the time within which Defendants must answer, move, or otherwise respond to the Complaint. The grounds for this motion are:

1.   This action was removed to this Court on April 20, 2005, from the Superior Court of the Commonwealth of Massachusetts. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendants' response to Plaintiffs' Complaint otherwise would be due on or before April 28, 2005.

2.   Plaintiffs, while joining in this motion, have advised that they anticipate filing a Motion to Remand. Pursuant to 28 U.S.C. § 1447(c), such a motion must be filed on or before May 20, 2005.

3.   In addition, the Complaint is lengthy. The proceedings relating to the motion to remand aside, the preparation of an appropriate response would require additional time.

4.     The parties therefore request that Defendants' time to answer, move, or otherwise respond to the Complaint be enlarged by 30 days, to May 27, 2005, so as to provide Defendants adequate time to prepare a response to the Complaint.

WHEREFORE, the parties respectfully request that the Court enlarge the time within which Defendants must answer, move, or otherwise respond to the Complaint by 30 days, to May 27, 2005.

Dated: April 27, 2005

| | |
|---|---|
| LAURA ALLEN, ADMINISTRATRIX OF THE ESTATE OF THE LATE DANIEL ALLEN, TIMOTHY BRIDGES, and ALFRED MORABITO, individually and on behalf of themselves and all others similarly situated, | PFIZER INC. and PARKE-DAVIS, a division of Warner-Lambert Company, |
| By their Attorneys, | By their Attorneys, |
| *s/Robert J. Bonsignore* | *s/David B. Chaffin* |
| Robert J. Bonsignore | David B. Chaffin |
| BBO No. 547880 | BBO No. 549245 |
| Daniel D'Angelo | HARE & CHAFFIN |
| BBO No. 630321 | 160 Federal Street |
| BONSIGNORE & BREWER | Boston, MA 02110 |
| 23 Forest Street | (617) 330-5000 |
| Medford, MA 02155 | |
| (781) 391-9400 | Of Counsel: |
| | James P. Rouhandeh, Esq. |
| | James Murray, Esq. |
| | Davis Polk & Wardwell |
| | 450 Lexington Ave |
| | New York, NY 10017 |
| | (212) 450-4000 |