UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 APR 22 P 12: 20
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) | Master File No. 04-10981  Judge Patti B. Saris |

## NOTICE OF APPEARANCE

COMES NOW, Elizabeth V. Heller and Goldenberg, Miller, Heller & Antognoli, P.C., counsel for Plaintiffs Brenda Straddeck et al. v. Pfizer, Inc. et al., in Civil Action No. 04-4106, and hereby enters her appearance in this matter and requests that copies of all pleadings be sent to the following address.

Respectfully submitted,

**GOLDENBERG, MILLER, HELLER
& ANTOGNOLI, P.C.**

/s/ Elizabeth V. Heller
Elizabeth V. Heller
W. Stan Faulkner
2227 S. State Route 157
Edwardsville, IL 62025

Phone:      (618) 656-5150
Facsimile:  (618) 656-6230

## CERTIFICATE OF SERVICE

I hereby certify that on the 19 day of April, a true and correct copy of the foregoing document was placed in the U.S. Mail, first class postage prepaid, to the Counsel on the attached Panel Attorney Service List.

*Chris Cannon*

Mark Ireland, Esq.
Sonya C. Seidl, Esq.
Robins, Kaplan, Miller
   & Ciresi, LLP
2799 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Plaintiff Assurant Health, Inc.*

David J. Novack, Esq.
Budd Larner
150 JFK Parkway
Short Hills, NJ 07078
*Attorneys for Plaintiff Assurant Health, Inc.*

Ronald J. Aranoff, Esq.
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
*Attorneys for Lorraine Kopa*

Don Barrett, Esq.
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987
*Attorneys for Mary Lou Lienerth*

Daniel E. Becnel, Jr., Esq.
Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084-2095
*Attorneys for Annie D. Blevins, Emma B. Christina, and Patricia Ann White*

Joseph M. Bruno, Esq.
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113
*Attorneys for Debra Mull (Ind./Behalf-Brandon Laiche)*

Dane S. Ciolino, Esq.
P.O. Box 850848
New Orleans, LA 70185-0848
*Attorneys for Joyce B. Duhe*

John W. Crongeyer, Esq.
Vronn & Crongeyer, LLP
1230 Peachtree Street, N.E., Suite 2450
Atlanta, GA 30309
*Attorneys for Veronica Johnson, Johnny Ray Meeks, Stephanie Stephens*

Mark D. Fischer, Esq.
Rawlings & Associates
325 West Main Street
Louisville, KY 40202
*Attorneys for The Guardian Life Insurance Co. of America*

Chad P. Hemmat, Esq.
Anderson, Hemmat & Levin, LLC
1490 Lafayette Street, Suite 203
Denver, CO 80218
*Attorneys for Sean McMinn*

Barry R. Himmelstein, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West, Suite 3000
275 Battery Street
San Francisco, CA 94111
*Attorneys for ASEA/AFSCME Local 52 Health Benefits Trust, Brian Krah*

Andrew S. Johnston, Esq.
Minor & Johnston, PC
124 East Market Street
Somerville, TN 38068
*Attorneys for James Doyle*

Larry Keefe, Esq.
Anchors, Foster, McInnis, et al
909 Mar Walt Drive, Suite 1014
Ft. Walton Beach, FL 32547
*Attorneys for Clifford Eckenrode*

Neal H. Klausner, Esq.
Davis & Gilbert, LLP
74 Sherwood Road
Tenafly, NJ 07670
*Attorneys for Cline, Davis & Mann, Inc.*

Jeffrey L. Kondroff, Esq.
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
*Attorneys for Teamsters Health & Welfare Fund of Philadelphia & Vicinity*

Gano D. Lemoine, III, Esq.
Murray Law Firm
909 Poydras Street
LL& B Tower, Suite 2550
New Orleans, LA 70112
*Attorneys for Jo Helen Boler, Maggie Dony*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Herman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
*Attorneys for Julie K. Bakle*

DeWitt M. Lovelace, Esq.
Lovelace Law Firm, P.A.
36474 Emerald Coast Parkway, Suite 4202
Destin, FL 32541
*Attorneys for Sylvia G. Hyman*

Kevin H. Marino, Esq.
John A. Boyle, Esq.
Marino & Associates, P.C.
One Newark Center, 9th Floor
Newark, NJ 07102-5211
*Attorneys for Lodewijk J.R. De Vink and Anthony Wild*

Steven A. Martino, Esq.
Taylor, Martino & Hedge, P.C.
P.O. Box 894
Mobile, AL 36601-0894
*Attorneys for Gulf Distributing Holdings, LLC*

Craig Ruvel May, Esq.
Wheeler, Trigg & Kennedy, LLP
1801 California Street, Suite 3600
Denver, CO 80202
*Attorneys for Pfizer, Inc.*

David J. Novack, Esq.
Budd Larner, P.C.
150 John F. Kennedy Parkway, CN1000
Short Hills, NJ 07078-0999
*Attorneys for Assurant Health, Inc., et al*

Ronnie G. Penton, Esq.
Law Office of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427
*Attorneys for Mary Jane Gordon, Donald D. Moore, Sr., Tammylee Willoz*

Richard G. Placey, Esq.
Montgomery, McCracken, Walker & Rhoads
Liberty View, 6th Floor
457 Haddonfield Road
Cherry Hill, NJ 08002
*Attorneys for Pfizer, Inc.*

Eleanor Louise Polimeni, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
New York, NY 10017
*Attorneys for Stephen Brodsky, Dan Huffman, Patti Paulsen, Rosalia Sumait, Monica Smith*

James P. Rouhandeh, Esq.
James E. Murray, Esq.
Erik M. Zissu, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
*Attorneys for Parke-Davis (Division of Warner-Lambert), Pfizer, Inc., Warner-Lambert Co., Inc., Warner-Lambert Co., LLC)*

Richard E. Shevitz. Esq.
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
*Attorneys for Gerald Smith*

Thomas M. Sobol, Esq.
Hagens Berman, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
*Attorneys for Harden Manufacturing Corp.*

Joseph J. Tabacco, Jr., Esq.
Berman, DeValerio, Pease, Tobacco, Burt & Pucillo
425 California Street, Suite 2100
San Francisco, CA 94104
*Attorneys for Acuna, Inc.*

Thomas P. Thrash, Esq.
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201
*Attorneys for James Hope, Claudia Lang*

Charles S. Zimmerman, Esq.
Zimmerman Reed, P.L.L.P.
641 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
*Attorneys for John Lerch*