UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ ) | | |
| In re:  NEURONTIN MARKETING AND<br>         SALES PRACTICES LITIGATION | ) ) | MDL Docket No. 1629 |
| _____ ) | | Master File No. 04-10981 |
| | ) | |
| THIS DOCUMENT RELATES TO:<br>PAULSEN v. PFIZER INC., et al.,<br>Docket No. 05-10830-PBS | ) ) ) | Judge Patti B. Saris |
| _____ ) | | |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as counsel of record for

defendants, Pfizer Inc., Warner-Lambert Company LLC, Parke-Davis, a Division of Warner-

Lambert Company, and Warner-Lambert Company.


Dated: April 29, 2005

s/David B. Chaffin
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000