UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: COOPER, et al. v. PFIZER INC., Docket No. 05-10834-PBS | ) ) ) ) Judge Patti B. Saris ) ) ) |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as counsel of record for defendant, Pfizer Inc.

Dated: April 29, 2005

s/David B. Chaffin
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000