UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | |
| In re:  NEURONTIN MARKETING AND ) | MDL Docket No. 1629 |
| SALES PRACTICES LITIGATION ) | |
| _____ ) | Master File No. 04-10981 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| ANDERSON, et al. v. PFIZER INC., et al., ) | |
| Docket No. 05-10835-PBS ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as counsel of record for

defendants, Pfizer Inc., individually and as successor in interest to Parke-Davis and Warner-

Lambert Company.

Dated: April 29, 2005

s/James E. Murray
James E. Murray
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000