UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> PAULSEN v. PFIZER INC., et al., ) <br> Docket No. 05-10830-PBS ) <br> ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as counsel of record for defendants, Pfizer Inc., Warner-Lambert Company LLC, Parke-Davis, a Division of Warner-Lambert Company, and Warner-Lambert Company.

Dated: April 29, 2005

s/James E. Murray
James E. Murray
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000