UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND<br>SALES PRACTICES LITIGATION | ) MDL Docket No. 1629<br>)<br>) Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>PAULSEN v. PFIZER INC., et al.,<br>Docket No. 05-10830-PBS | ) Judge Patti B. Saris<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as counsel of record for defendants, Pfizer Inc., Warner-Lambert Company LLC, Parke-Davis, a Division of Warner-Lambert Company, and Warner-Lambert Company.

Dated: April 29, 2005

s/James P. Rouhandeh
James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000