UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:  NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629 |
| | | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: HUFFMAN v. PFIZER INC., et al., Docket No. 05-10829-PBS | ) ) ) ) ) ) | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as counsel of record for defendants, Pfizer Inc., Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company LLC.


Dated: April 29, 2005

s/James P. Rouhandeh
James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000