UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: COOPER, et al. v. PFIZER INC., Docket No. 05-10834-PBS | Judge Patti B. Saris |

### NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as counsel of record for defendant, Pfizer Inc.

Dated: April 29, 2005

s/James P. Rouhandeh
James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000