UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN MARKETING AND
SALES PRACTICES LITIGATION

CIVIL ACTION NO.
04-10981-PBS
MDL NO. 1629

## ORDER OF CONSOLIDATION

The following cases are consolidate with civil action number 04-10981-PBS:
04-12268, 04-12269, 04-12270, 04-12271, 04-12272, 04-12273, 04-12274, 04-12275, 04-12276, 04-12277, 02-12278, 04-12279, 04-12280, 04-12281, 04-12282, 04-12283, 04-12284, 04-12285, 04-12286, 04-12287, 04-12288, 04-12289, 04-12290, 04-12614, 04-12615, 04-12616, 04-12617, 04-12618, 04-12619, 04-12620, 04-12621, 04-12622, 04-12623, 04-12624, 04-12625, 05-10248, 05-10249, 05-10250, 05-10251, 05-10252, 05-10254, 05-10390, 05-10535, 05-10598, 05-10680, 05-10797. All future pleadings will be docketed in civil action number 04-10981-PBS which has been designated the Lead Case.

/s/ Patti B. Saris
Patti B. Saris
United States District Judge

Copies to: All Counsel

April 25, 2005