UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
IN RE NEURONTIN MARKETING AND   )
SALES PRACTICES LITIGATION      )
                                )
_____ ) MDL DOCKET NO. 1629
                                ) CIVIL ACTION NO. 04-10981
THIS DOCUMENT RELATES TO:       )
  ALL ACTIONS                   )
                                )
_____ )
```

**PROCEDURAL ORDER**

May 2, 2005

Saris, U.S.D.J.

On the first of each month, the parties are to provide the Court with a status report which includes a chart depicting the status of all pending motions to date. The chart shall include a list of all briefs filed or to be filed relating to each motion. The status report shall conform to the format of the joint status reports filed by plaintiffs' lead counsel and defendants in In re Pharmaceutical Industry Average Wholesale Price Litigation, No. 01-12257.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge