UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | ) ) ) ) | Judge Patti B. Saris |
| ASSURANT HEALTH, INC., et al. v. PFIZER INC., et al.<br>Docket No. 05-10535-PBS | ) ) ) ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Daniel J. Lyne, Hanify & King, P.C., as counsel for defendants Lodewijk J.R. DeVink and Anthony Wild.

        Respectfully submitted,

        LODEWIJK J.R. DEVINK AND
        ANTHONY WILD

        By their attorney,


        /s/ Daniel J. Lyne
        Daniel J. Lyne (BBO#309290)
        HANIFY & KING
        Professional Corporation
        One Beacon Street
        Boston, MA 02108
        (617) 423-0400

Dated: May 12, 2005

*429844*