UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING AND<br>SALES PRACTICES LITIGATION ) ) ) ) | MDL Docket No. 1629 |
| ) | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| ) | |
| ASSURANT HEALTH, INC., et al. v. PFIZER ) | |
| INC., et al. ) | |
| Docket No. 05-10535-PBS ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Daniel J. Dwyer, Hanify & King, P.C., as counsel

for defendants Lodewijk J.R. DeVink and Anthony Wild.

Respectfully submitted,

LODEWIJK J.R. DEVINK AND
ANTHONY WILD

By their attorney,


/s/ Daniel J. Dwyer
Daniel J. Dwyer (BBO#567026)
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400

Dated: May 12, 2005

*429948*