UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING AND<br>          SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ASSURANT HEALTH, INC., et al. v. PFIZER<br>INC., et al.<br>Docket No. 05-10535-PBS | |

## NOTICE OF APPEARANCE

Please enter the appearance of Daniel J. Lyne, Hanify & King, P.C., as counsel for defendants Lodewijk J.R. DeVink and Anthony Wild.

Respectfully submitted,

LODEWIJK J.R. DEVINK AND
ANTHONY WILD

By their attorney,

/s/ Daniel J. Lyne
Daniel J. Lyne (BBO#309290)
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400

Dated: May 12, 2005

*429844*