UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris |

STATE OF NEW YORK )
) ss
COUNTY OF ORANGE )

       I, ELEANOR L. POLIMENI, ESQ., being duly sworn, deposes and says:

       That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

                                         _____
                                         ELEANOR L. POLIMENI

Sworn to before me this
6th day of May, 2005

_____
NOTARY PUBLIC

HEATHER M. STIGLIANI
Notary Public, State of New York
Qualified in Dutchess County
Registration #01ST6060517
Commission Expires June 25, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK )
) ss
COUNTY OF ORANGE )

  I, ANDREW G. FINKELSTEIN, ESQ., being duly sworn, deposes and says:

  That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
ANDREW G. FINKELSTEIN

Sworn to before me this
6th day of May, 2005

_Heather M. Stigliani_
NOTARY PUBLIC

HEATHER M. STIGLIANI
Notary Public, State of New York
Qualified in Dutchess County
Registration #01ST6060517
Commission Expires June 25, 2007

FILED
[OFFICE]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                   )    MDL Docket No. 1629
In re: NEURONTIN MARKETING,        )
SALES PRACTICES AND                )    Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION      )
                                   )    Judge Patti B. Saris
_____)
```

STATE OF NEW YORK   )
                    ) ss
COUNTY OF ORANGE    )

       I, RONALD ROSENKRANZ, ESQ., being duly sworn, deposes and says:

       That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

                                           _____
                                               RONALD ROSENKRANZ

Sworn to before me this
6th day of May, 2005

*Heather M. Stigliani*
NOTARY PUBLIC

HEATHER M. STIGLIANI
Notary Public, State of New York
Qualified in Dutchess County
Registration #01ST6060517
Commission Expires June 25, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK )
                     ) ss
COUNTY OF ORANGE )

       I, KENNETH B. FROMSON, ESQ., being duly sworn, deposes and says:

       That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
KENNETH B. FROMSON

Sworn to before me this
6th day of May, 2005

_Heather M. Stigliani_
NOTARY PUBLIC

HEATHER M. STIGLIANI
Notary Public, State of New York
Qualified in Dutchess County
Registration #01ST6060517
Commission Expires June 25, 2007