UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ———————————————————— ) | |
| IN RE NEURONTIN MARKETING AND ) | MDL Docket No. 1629 |
| SALES PRACTICES LITIGATION ) | |
| ———————————————————— ) | Master File No. 04-10981 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | Judge Patti B. Saris |
| ———————————————————— ) | |

**DEFENDANTS' STATEMENT REGARDING SCHEDULING CONFERENCE**

In advance of the May 13, 2005, Scheduling Conference, Defendants Pfizer Inc. and

Warner-Lambert Company respectfully submit the following response to the MDL Plaintiffs'

Status Report and Proposed Agenda.

On March 25, 2005, Defendants filed a motion for a stay or, in the alternative, for an

enlargement of time to respond to the complaint in the tag-along case entitled *Assurant Health,*

*Inc. et al. v. Pfizer*, Docket No. 05-10535.  On March 30, the Court entered an Electronic Order

allowing the motion for enlargement of time and setting a "Scheduling Conference" for May 13,

2005.  Defendants understand that the Scheduling Conference is for the purpose of addressing

issues relating to the coordination and/or consolidation of *Assurant Health*.

Defendants understand that the MDL Plaintiffs intend to raise other matters at the

Scheduling Conference.  First, the MDL Plaintiffs apparently intend to report on the status of

discovery and to request the appointment of a Magistrate Judge.  As to this issue, the parties have

exchanged written discovery and have scheduled a time to meet and confer on Tuesday May 17,

2005.  Thus, no discovery issues are ripe.  Nevertheless, Defendants do not oppose the

assignment of a Magistrate Judge at this time.

Second, the MDL Plaintiffs have provided the Court with a proposed Case Management Order No. 4 concerning coordination of the personal injury cases that have been recently transferred to this Court.  Defendants believe that the Court's consideration of a case management order relating to the personal injury cases should be deferred for a short period because (i) counsel for Defendants were provided with the MDL Plaintiffs' draft only yesterday, two days in advance of the conference, and, as the MDL Plaintiffs acknowledge, the parties have not engaged in any negotiations concerning the draft or the many issues it implicates, (ii) only five personal injury cases have been transferred to the Court, and (iii) a number of additional cases involving other plaintiffs' counsel will soon be transferred to this Court.  In light of the foregoing, Defendants believe that case management issues regarding the personal injury cases would be more efficiently dealt with in one or two weeks' time.

Dated:  May 12, 2005

Respectfully submitted,

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
      James P. Rouhandeh
      450 Lexington Avenue
      New York, New York 10017
      (212) 450-4000

HARE & CHAFFIN

By:   /s/ David B. Chaffin
      David B. Chaffin (BBO # 549245)
      160 Federal Street
      Boston, Massachusetts 02110
      (617) 330-5000

      *Attorneys for Defendants Pfizer Inc. and*
      *Warner-Lambert Company*