UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## CLASS PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE SURREPLY IN OPPOSITION TO MOTION TO DISMISS

The Plaintiffs in the above-reference matter, by the undersigned counsel, respectfully move for an enlargement of the time within which they must submit a surreply in opposition to Defendants' Motion to Dismiss from Monday, May 30, 2005 until Friday, June 3, 2005. In support thereof, Plaintiffs state that the due date for their surreply was inadvertently scheduled for the Memorial Day holiday, making difficult the necessary integration of work-product from a number of different law firms. A brief extension of four days time is needed in order to ensure that the Court is presented with a thorough and non-repetitive treatment of the issues raised by Defendants' motion. As this is the final brief on the motion to dismiss, and as the Court has already taken the June 15, 2005 hearing date for the motion off calendar, to be reset my Magistrate Judge Sorokin, the requested extension will not disrupt any other dates previously set by the Court. Defendants do not oppose the requested extension.

WHEREFORE, Plaintiffs respectfully request that the Court enlarge until Friday, June 3, 2005, the time in which Plaintiffs may submit a surreply in opposition to Defendants' Motion to Dismiss.

Dated:  May 26, 2005	Respectfully Submitted,

By:	**/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel*

By:	**/s/ Don Barrett**

Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:	**/s/ Daniel Becnel**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:	**/s/ James Dugan**
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By:	**/s/ Thomas Greene**
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By:	**/s/ Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

2

3

*Members of the Class Plaintiffs'*
*Steering Committee*


By:   **/s/ Richard Cohen**
       Richard Cohen, Esquire
       Lowey Dannenberg Bemporad
       & Selinger, P.C.
       The Gateway
       One North Lexington Avenue
       White Plains, NY 10601

By:   **/s/ Linda P. Nussbaum**
       Linda P. Nussbaum, Esquire
       Cohen Milstein Hausfeld & Toll
       150 East 52$_{nd}$ Street
       Thirteenth Floor
       New York, NY 10022

*Members of the Plaintiffs' Non-Class*
*Steering Committee*

## **CERTIFICATION PURSUANT TO L.R. 7.1**

The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on May 25, 2005 he conferred with counsel for Defendants concerning the foregoing motion and Defendants have no objection or opposition to the requested relief.

                                              **/s/ Edward Notargiacomo**
                                              Edward Notargiacomo
                                              Hagens Berman Sobol Shapiro LLP
                                              One Main Street, 4th Floor
                                              Cambridge, MA 02142