UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
IN RE NEURONTIN MARKETING AND       )
SALES PRACTICES LITIGATION          )
_____)  MDL DOCKET NO. 1629
                                    )  CIVIL ACTION NO. 04-10981
THIS DOCUMENT RELATES TO:           )
 ALL ACTIONS                        )
_____)
```

## PROCEDURAL ORDER

May 16, 2005

Saris, U.S.D.J.

    The parties in all associated cases transferred to this Court after May 1, 2005 shall file a status report on this docket listing all pending motions. The parties shall electronically refile the briefing accompanying the motions. The parties shall consult with MDL Plaintiffs counsel and Defendants to ensure inclusion on the monthly status report.

/s/ Patti B. Saris
United States District Judge