UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>**Harden Manufacturing Corporation**</u><br>       **Plaintiff**<br>V.<br><br><u>**Pfizer, Inc. et al**</u><br>       **Defendant** | CIVIL CASE NO.<br><u>**04-10981PBS**</u> |

### NOTICE OF HEARING ON MOTIONS

<u>**SOROKIN, M.J.**</u>

PLEASE TAKE NOTICE that the above-entitled case has been set for hearing on the following motions:

<u>**#58**</u>    Motion to dismiss first coordinated amended complaint

<u>**#59**</u>    Motion to dismiss amended class action complaint

This hearing will be held on <u>**July 14, 2005**</u>  at <u>**2:00pm**</u> before <u>**Magistrate Judge Leo T. Sorokin**</u> in <u>**Courtroom # 14**</u>  on the <u>**5**</u>$^{th}$  floor.

                                        Sarah Ann Thornton,
                                        CLERK OF COURT


                              By:    <u>/s/ Maria Simeone</u>
Date: June 6, 2005                    Courtroom Deputy

Notice mailed to: e-filed/all counsel


(notice of hearing.wpd - 7/99)                    [kntchrgcnf.]
                                                  [ntchrgcnf.]