UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-cv-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | |

**NOTICE OF APPEARANCE**

Comes now James R. Dugan, II, Esq. of the law firm Dugan & Browne, PLC, 650 Poydras Street, Suite 2150, New Orleans, Louisiana 70130, and hereby enters his appearance on behalf of Plaintiff, Louisiana Health Service Indemnity Company d/b/a BlueCross BlueShield of Louisiana, in the above-captioned litigation.

Respectfully submitted,

/s/ James R. Dugan, II
James R. Dugan, II
DUGAN & BROWNE, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
(504) 648-0180

Dated: June 9, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-cv-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | |

## NOTICE OF APPEARANCE

Comes now Douglas R. Plymale, Esq. of the law firm Dugan & Browne, PLC, 650 Poydras Street, Suite 2150, New Orleans, Louisiana 70130, and hereby enters his appearance on behalf of Plaintiff, Louisiana Health Service Indemnity Company d/b/a BlueCross BlueShield of Louisiana, in the above-captioned litigation.

Respectfully submitted,

/s/ Douglas R. Plymale
Douglas R. Plymale
DUGAN & BROWNE, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
(504) 648-0180

Dated: June 9, 2005

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-cv-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | |

### NOTICE OF APPEARANCE

Comes now David L. Browne, Esq. of the law firm Dugan & Browne, PLC, 650 Poydras Street, Suite 2150, New Orleans, Louisiana 70130, and hereby enters his appearance on behalf of Plaintiff, Louisiana Health Service Indemnity Company d/b/a BlueCross BlueShield of Louisiana, in the above-captioned litigation.

Respectfully submitted,

/s/ David L. Browne
David L. Browne
DUGAN & BROWNE, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
(504) 648-0180

Dated: June 9, 2005