UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION  )<br>)<br>)<br>THIS DOCUMENT RELATES TO:  )<br>ALL ACTIONS  )<br>)<br>)<br>)<br>) | MDL DOCKET NO. 1629<br>CIVIL ACTION NO. 04-10981<br><br>**MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND OTHER RELIEF** |

Pursuant to Federal Rule of Civil Procedure 23, Class Plaintiffs respectfully move for entry of an order: (1) granting preliminary approval of the proposed class action settlement; (2) certifying the Class and Subclass (both defined in accompanying documents) for settlement purposes; (3) appointing Class Representatives and Subclass Representative for the Class and Subclass; (4) appointing Class Counsel and counsel for the Subclass; (5) appointing a Claims Administrator; (6) approving the proposed notice plan and form of notice; (7) scheduling a hearing for final approval of the settlement; and (8) temporarily barring Class Members, directly or representatively, from commencing or prosecuting any action or proceeding in any court or tribunal asserting any of the Released Claims (as defined in the Settlement) against the Released Parties (also defined in the Settlement) pending final determination of whether the Settlement should be approved.

The grounds for this motion are set forth in the accompanying Memorandum of Law and exhibits thereto, the accompanying Declaration of Daniel Coggeshall In Support of Proposed Settlement Notice Program, Form of Notice and Appointment of Notice Administrator and exhibits thereto, and any other written or oral submission the Court may require. A proposed order is attached hereto.

- 1 -

1176821.1

Dated: May 30, 2014						Respectfully Submitted,

            By: */s/ Thomas M. Sobol*
               Thomas M. Sobol
               Hagens Berman Sobol Shapiro LLP
               One Main Street, 4th Floor
               Cambridge, MA  02142
               Boston, MA 02110

            By: */s/ Thomas Greene*
               Thomas Greene
               Greene LLP
               One Liberty Square, Ste. 1200
               Boston, MA 02109

            By: */s/ Elizabeth J. Cabraser*
               Elizabeth J. Cabraser
               Lieff Cabraser Heimann &
                 Bernstein, LLP
               Embarcadero Center West
               275 Battery Street, 30th Floor
               San Francisco, CA 94111-3339

            By: */s/ Don Barrett*
               Don Barrett
               Barrett Law Office
               404 Court Square North
               P.O. Box 987
               Lexington, MS 39095

            By: */s/ Daniel Becnel*
               Daniel Becnel, Jr.
               Law Offices of Daniel Becnel, Jr.
               106 W. Seventh Street
               P.O. Drawer H
               Reserve, LA 70084

            By: */s/ James Dugan*
               James Dugan
               Dugan & Browne
               650 Poydras St., Suite 2150
               New Orleans, LA 70130

            ***Members of the Class Plaintiffs'***
            ***Steering Committee***

- 2 -

1176821.1

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 30, 2014.

*/s/ Thomas Sobol*
Thomas Sobol

1176821.1