# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUE CROSS/BLUE SHIELD OF LOUISIANA; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; JAN FRANK WITYK; and GARY VARNAM, on behalf of themselves and all others similarly situated, <br><br>    Plaintiffs, <br><br> v. <br><br> PFIZER INC. and WARNER-LAMBERT COMPANY, <br>    Defendants. | Judge Patti B. Saris <br><br> Mag. Judge Leo T. Sorokin |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Harden Manufacturing Corporation; Louisiana Health Service Indemnity Company, d/b/a Blue Cross/Blue Shield Of Louisiana; ASEA/AFSCME Local 52 Health Benefits Trust pursuant to Fed. R. Civ. P. 23 request this Court to grant final approval of the proposed $325 million class action settlement which the Plaintiffs originally submitted to the Court on May 30, 2014, (Dkt. No. 4259) and which the Court gave its preliminary approval on July 25, 2014 (Dkt. No. 4277).

In support for this motion the Plaintiffs file the following:

1. Memorandum of Law In Support of Motion for Final Approval of Proposed Class Action Settlement;

2. Declaration of Elizabeth Levine Re: Mailing and Publication of Notice to Class;

3. Declaration of Thomas M. Sobol in Support of Class Plaintiffs' Motion for Final Approval of Settlement;

4. Declaration of Thomas M. Greene in Support of Class Plaintiff Counsel's Motion for an Award of Attorney's Fees; and

5. Affidavit of Arthur R. Miller Concerning the Reasonableness of Counsel for the Class Plaintiffs' Request for an Award of Attorneys' Fees and Expenses.

Class Plaintiffs have previously submitted a [Proposed] Final Order and Judgment Granting Final Approval of the Class Action Settlement Agreement and Release, Approving Proposed Allocation of Settlement Funds, and Approving Class Counsel's Application for Attorneys' Fees, Reimbursement of Litigation Expenses and Compensation for Class Representatives (Dkt. No. 4260-3).

Dated: September 15, 2014                  Respectfully Submitted,

By:     */s/ Thomas M. Greene*
         Thomas M. Greene
         Greene LLP
         One Liberty Square, Ste. 1200
         Boston, MA 02109
         tgreene@greenellp.com

By:     */s/ Thomas M. Sobol*
         Thomas M. Sobol
         Hagens Berman Sobol Shapiro LLP
         One Main Street, 4th Floor
         Cambridge, MA 02142
         Boston, MA 02110

By: */s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Lieff Cabraser Heimann &
  Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: */s/ Don Barrett*
Don Barrett
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: */s/ Daniel Becnel*
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: */s/ James Dugan*
James R. Dugan, II
The Dugan Law Firm
365 Canal Street, Suite 1000
New Orleans, LA 70131

*Members of the Class Plaintiffs'*
*Steering Committee*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served on September 15, 2014.

*/s/ Thomas M. Greene*
Thomas M. Greene